No. 92–28.  BROSTOFF v. BERKMAN, ACTING JUSTICE, SUPREME COURT OF NEW YORK, NEW YORK COUNTY.  Ct. App.

N. Y. Certiorari denied.